**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Neuralpulse Ltd., and LuminaThrive LLC

*Plaintiffs*,

v.

Water Pik, Inc,

*Defendant*.

**CASE NO.** 1:25-cv-3214

**JURY TRIAL DEMAND**

# COMPLAINT

Plaintiffs Neuralpulse Ltd., and LuminaThrive LLC (collectively as "Plaintiffs") bring this action for Declaratory Judgment pursuant to 28 U.S.C. §§ 2201-2202 against Defendant Water Pik, Inc ("Defendant"), upon actual knowledge with respect to itself and its acts, and upon information and belief as to all other matters, Plaintiffs allege as follows:

## NATURE OF THE ACTION

1. This action arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1367(a), as Plaintiff seeks a declaration that its conduct does not violate the Lanham Act, 15 U.S.C. § 1125 et seq., , or any other related federal or state laws that Defendant has alleged or threatened to assert.

## THE PARTIES

1. Plaintiff, Neuralpulse Ltd. ("Neuralpulse") is a company organized and existing under the laws of New York, with the registered address located at 418 Broadway STE 4590, ALBANY, NY 12207, United States.

2. Plaintiff, LuminaThrive LLC ("LuminaThrive") is a company organized and existing under the laws of Texas, with the registered address located at 5900 Balcones Drive #13245, AUSTIN, TX 78731, United States.

3. Defendant, Water Pik, Inc is a company organized and existing under the laws of Colorado, with the principal office address located at 1730 East Prospect Rd Fort Collins, CO 80553, United States.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §§ 2201, 2202, 1331 and 1367(a) because Plaintiffs seek a declaration that it did not violate the Lanham Act, 15 U.S.C. § 1125 et seq., or any other related federal or state laws that Defendant has alleged or threatened to assert.

5. An actual case or controversy exists between the parties to this action. Defendant's actions have caused, and continue to cause, substantial harm to Plaintiffs, as Defendant's cease and desist letter challenges Plaintiff's right to market and sell the accused product. Defendant's conduct, therefore, gives rise to an actual controversy under 28 U.S.C. §§ 2201 et seq.

6. This Court has personal jurisdiction over Defendant as it is a resident of Colorado.

7. Venue is proper in this Court pursuant to 28 U.S.C.§ 1391(b) and (c) and 1400(b) because Defendant resides in this judicial district.

## FACTUAL BACKGROUND

8. Plaintiffs seek declaratory relief to resolve an actual and justiciable controversy between themselves and Defendant.

9. Over the past twenty years, online retailing has revolutionized how companies reach American consumers. The marketplaces combined with dramatically increased transport

speed and improved logistics networks allow even relatively small companies to compete across thousands of miles. These developments have generally increased competition and lowered prices.

10. The web domain "Amazon.com" hosts the Amazon Marketplace and its millions of product listings; it is U.S.-specific and targets American consumers. For an online retailer to effectively compete in the United States, it must sell on the Amazon Marketplace. According to bigcommerce.com, "Each month more than 197 million people around the world get on their devices and visit Amazon.com. That's more than the entire population of Russia. In 2018, Amazon's share of the US e-commerce market hit 49% . . . that is more than Amazon's top three competitors combined, with eBay coming in at 6.6%, Apple at 3% and Walmart at 3.7%."

11. Nine out of ten American consumers use Amazon to price check products they find elsewhere, and roughly 95 million people have Amazon Prime memberships in the United States facing the considerable challenges of managing this sprawling hive of commercial activity. Amazon, Inc. established intellectual property complaint and enforcement systems for Amazon.com primarily designed to protect itself from liability for contributing to infringement. Means that Amazon, Inc. provides, among others, include filing an Amazon Complaint by using its "Amazon's Report Infringement Form." If the patent owner submit infringement report to Amazon, Amazon may delist the sellers' listings and remove their Amazon.com selling privileges.

12. Plaintiffs sell water dental flossers on Amazon bearing the brand Onlyone. Onlyone is on a mission to make oral care more effective and enjoyable. It strives to promote oral health through cutting-edge water dental flossers, making each flossing a step toward a brighter smile.

13. Plaintiff Neuralpulse sells its Onlyone water dental flossers on Amazon under the store name "Resource's Team," which has received 99% positive ratings in the last 12 months and has earned a lifetime rating of 4.4 out of 5 stars based over 10,000 customer reviews since its first sale on May

31, 2024. As reflected in verified customer reviews, consumers have expressed overwhelming satisfaction with the product, as shown below.

G.T.

**Amazing product**

Reviewed in the United States on September 1, 2025

Color: White | Verified Purchase

My Dentist recommended a water flosser . I have never tried it myself so I was skeptical. I took a chance and bought this brand and I LOVE it.

It comes with 5 different floss heads and it is rechargeable. It has kept a charge for over a week, I use it twice a day. It functions really well with good water flow . I am extremely pleased with this water flosser. I like the different speeds. The tank is large enough to clean my teeth with a single fill up. After just a few uses, my gumms feel healthier and my mouth feels fresher overall. My dentist even noticed a difference at my last checkup. If you're on the fence, I highly recommend giving it a try. It's a small investment that pays off big in terms of dental health and convenience. I honestly wish I had bought one sooner.



21 people found this helpful

Helpful | Report

Illustrator

**Excellent flosser!!!**

Reviewed in the United States on August 21, 2025

Color: White | Verified Purchase

I've had multiple flossers over the years and have searched high and low for a rechargeable water flosser that had a high PSI comparable to the plugged units.

THIS IS IT!!! The highest level PSI is 150. It also has a low, medium and pulse level.

It works GREAT, looks GREAT, appears to be durable, has a good battery life, comes with multiple flosser attachments, and holds more water than any of the others I've tried. I seriously love it so much that I just bought another.

And the price? The price is 4x less than the name brand that I purchased/tried/returned.

If you are looking for a portable flosser, this is it! Bravo!

7 people found this helpful

Helpful | Report

AG

**Works great, doesn't take up a ton of space**

Reviewed in the United States on September 2, 2025

Color: White | Verified Purchase

My dentist recommended a water pick, but I hate the big ones that take up a lot of counter space in the bathroom, and have a hose connecting to the well. This is perfect because the well is internal.

The battery life is great. It had charge out of the box. I've been using it daily for three weeks and haven't had to recharge it yet.

The flow adjustment is easy. There are three speeds and a pulse, and you can set it before turning the flow on. The well holds more than enough water for a session, I always spill some out when I'm done.

I can definitely see an improvement in my gum health having added water picking to my regular oral hygiene routine, and my teeth are cleaner.

It comes with a few different heads, so you can use what works best in your situation.

I haven't traveled with it yet, but I'm excited that because it's not so big, when I go it will go with me.

3 people found this helpful

Helpful | Report

14. LuminaThrive sells Water Dental Flosser on Amazon under the store name "Happy Source," which has received 100% positive in last 12 months, and has earned a lifetime rating of 4.9 out of 5 stars.

15. Plaintiffs' Onlyone water dental flossers has achieved a strong market presence on Amazon.com and held the No. 4 best-seller ranking in the Power Flossers & Irrigator Accessories category, as shown below.

16. On September 23, 2025, Defendant issued a cease-and-desist letter to Plaintiffs, alleging that Plaintiffs' Onlyone water dental flossers engaged in false or misleading advertising, including claims concerning the product's features and functions. *See* **Exhibit A**. The cease and desist letter further demands that the accused claims be promptly discontinued; otherwise, Defendant will take further actions to address the alleged false advertising of the Product. *Id.*

17. Plaintiffs deny each and every allegation of wrongdoing asserted by Defendant in its cease-and-desist letter.

## FIRST CLAIM FOR RELIEF

**(Declaratory Judgment – Plaintiffs Have No Liability Under the Lanham Act, 15 U.S.C. §§ 1125 et seq.)**

18. Plaintiffs reallege and incorporate by reference all previous allegations as though set forth fully herein.

19. An actual, continuing and justiciable controversy exists between Plaintiffs and Defendant concerning the advertisement and sale of Plaintiffs' Onlyone water flossers, as evidenced by Defendant's cease and desist letter, as set forth above. A judicial declaration is necessary to determine the parties' respective rights regarding Plaintiffs' Onlyone water flossers.

20. Plaintiffs seek a determination that they cannot be held liable for any alleged violation of 15 U.S.C. § 1125 et seq. as to Defendant.

## SECOND CLAIM FOR RELIEF

**(Declaratory Judgment – Plaintiffs Have Not Engaged in Unfair Competition in Violation of Colorado Common Law)**

21. Plaintiffs reallege and incorporate by reference all previous allegations as though set forth fully herein.

22. An actual, continuing and justiciable controversy exists between Plaintiffs and Defendant concerning the advertisement and sale of Plaintiffs' Onlyone water flossers, as evidenced by Defendant's cease and desist letter, as set forth above. A judicial declaration is necessary to determine the parties' respective rights regarding Plaintiffs' Onlyone water flossers.

23. Plaintiffs seek a declaratory judgment that they have not engaged in unfair competition under Colorado common law and therefore cannot be held liable to Defendant on that basis.

## REQUEST FOR RELIEF

**WHEREFORE**, Plaintiffs demand judgment as follows:

1) For a declaratory judgment that Plaintiffs have no liability to Defendant under 15 U.S.C. § 1125 et seq. and that Plaintiffs have not engaged in any unfair competition under Colorado common law, and that Plaintiffs have no liability on any other claims for relief asserted by Defendant against Plaintiffs;

2) For reasonable attorneys' fees pursuant to all applicable laws including, without limitation, 15 U.S.C. § 1117(a);

3) For costs of suit; and

4) For such other and further relief as the Court may deem just and proper.

**JURY TRIAL DEMAND**

Plaintiffs hereby demand a jury trial on all issues so triable.

Date: October 10, 2025

/s/ Wei Wang

Wei Wang, Esq.
GLACIER LAW LLP
41 Madison Avenue, Suite 2529
New York, NY, 10010
wei.wang@glacier.law
(212) 729-5073

Tao Liu, Esq.
GLACIER LAW LLP
41 Madison Avenue, Suite 2529
New York, NY 10010
Tao.liu@glacier.law

***Attorneys for Plaintiffs***